COM.

v.

**FERGUSON, Q.**

**1067 EDA 2015**

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/7/2017

CP–51–CR–0004379–2013 (Philadelphia)

Affirmed

COM.

v.

**KNIGHT, D.**

**2540 EDA 2015**

Superior Court of Pennsylvania.

04/18/2017

CP–51–CR–0011625–2014 (Philadelphia)

Affirmed

COM.

v.

**FAUST, C.**

**3386 EDA 2015**

Superior Court of Pennsylvania.

Filed 04/18/2017

CP–23–CR–0002079–2008 (Delaware)

Reversed/Vacated/Remanded

COM.

v.

**LEE, A.**

**3660 EDA 2015**

Superior Court of Pennsylvania.

04/18/2017

CP–51–CR–0009913–2014 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**BARNETT, B.**

**482 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/15/2017

CP–51–CR–0006166–2015 (Philadelphia)

Affirmed